CITY OF BRIDGEPORT *v.* DEBRIZZI
ASSOCIATES ET AL.
(15157)

O'Connell, Heiman and Schaller, Js.

Argued June 6—officially released July 9, 1996

Per Curiam. The judgment is affirmed.

---

FIRST COMMERCE OF AMERICA, INC. *v.* BEDROCK
CAPITAL GROUP, INC., ET AL.
(14084)

Landau, Heiman and Spear, Js.

Argued June 5—officially released July 9, 1996

Per Curiam. The judgment is affirmed.

---

STATE OF CONNECTICUT *v.* MELVIN CARL
WASHINGTON
(13665)

Foti, Spear and Hennessy, Js.

Argued June 6—officially released July 9, 1996

Per Curiam. The judgment is affirmed.